In Re: Condemnation by Redevelopment Authority of City of York, York County, Pennsylvania, Appropriating in Fee Simple Certain Land of Cupid, Inc. in the Sixth Ward of the City of York, York County, Penna. Cupid, Inc.; Appellant.

Argued September 9, 1985, before Judges ROGERS and MACPHAIL, and Senior Judge BARBIERI, sitting as a panel of three.

*Allen H. Smith,* for appellant.

*Richard A. Bramhall, Jr.,* with him, *Peter D. Solymos,* for appellee, Redevelopment Authority of the City of York.

OPINION BY JUDGE MACPHAIL, October 23, 1985:

Cupid, Inc. (Appellant), owner of a parcel of land in York County, Pennsylvania, appeals to this

Court from the dismissal of its motion to strike a declaration of relinquishment filed by the Redevelopment Authority of the City of York in an eminent domain proceeding. The principal substantive issue presented to the trial court was whether the condemnee's letter to the condemnor, demanding the condemnor's appraisal price and reserving the right to proceed to a board of view, constituted as a matter of law a tender of possession or right of entry under Section 407 of the Eminent Domain Code, Act of June 22, 1964, Special Sess., P.L. 84, *as amended* 26 P.S. §1-407. The trial court concluded that it did not.

The Court is satisfied that all of the relevant issues were adequately and correctly addressed in the able opinion of Honorable EMANUEL A. CASSIMATIS, dated February 15, 1984. We, accordingly, affirm on the opinion of the trial judge as reported at    Pa. D. & C. 3d    (1985).

ORDER

The order of the Court of Common Pleas of York County dated February 15, 1984, is affirmed.